GREGORY McCOY, Appellant, v TRANSPORT INTERNATIONAL POOL, INC., Respondent.

Submitted August 15, 2011; decided October 18, 2011

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 702 (2011)].

FORTUNE MIZRACHI, Respondent, v DANNY MIZRACHI, Appellant.

Submitted August 15, 2011; decided October 18, 2011

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 789 (2011)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. SOLOMON, Appellant.

Submitted August 29, 2011; decided October 18, 2011

Motion to vacate this Court's August 11, 2011 dismissal order granted [*see* 17 NY3d 812 (2011)].

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELBERT WELCH, Appellant, v JAMES HESSEL, Acting Superintendent, Gowanda Correctional Facility, Respondent.

Submitted July 25, 2011; decided October 18, 2011

Judge PIGOTT taking no part.